# Court of Appeals
# of the State of Georgia

ATLANTA, March 28, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0372. OLDWEILER v. FOWLER.**

In this case, appellant challenges the trial court's order granting a supersedeas bond after the trial court granted appellee's motion for modification of child custody and awarded attorney fees in appellee's favor. In Case Number A21A1346, this Court affirmed the trial court's modification of child custody and award of attorney fees. Consequently, the instant appeal is rendered MOOT and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/28/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*